MARY ELLEN PRITCHARD *v.* JAMES L. PRITCHARD

The petition by the state of Connecticut, support enforcement services, for certification for appeal from the Appellate Court, 92 Conn. App. 327 (AC 25068), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the state's appeal?"

The Supreme Court docket number is SC 17615.

*Robert D. Snook,* assistant attorney general, in support of the petition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* ROSEMARIE C. SOLDI

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 92 Conn. App. 849 (AC 25526), is denied.

*Julia K. Conlin,* assistant state's attorney, in support of the petition.

*Glenn W. Falk,* special public defender, in opposition.